IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Randall, Lisa

Printed: 11/25/08

Case Number: 07 B 16682
Judge: Wedoff, Eugene R
Filed: 9/13/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 2, 2008
Confirmed: November 29, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,898.00 |  |
| Secured: |  | 1,657.46 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,924.00 |
| Trustee Fee: |  | 276.54 |
| Other Funds: |  | 40.00 |
| Totals: | 4,898.00 | 4,898.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Damita G Buffington & Associates | Administrative | 2,924.00 | 2,924.00 |
| 2. | Harris Bank | Secured | 0.00 | 0.00 |
| 3. | Harris Bank | Secured | 19,355.06 | 1,657.46 |
| 4. | ECast Settlement Corp | Unsecured | 6,576.39 | 0.00 |
| 5. | Fidelity Information Corp. | Unsecured | 454.66 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 401.49 | 0.00 |
| 7. | Toyota Motor Credit Corporatio | Secured | | No Claim Filed |
| 8. | Toyota Motor Credit Corporatio | Unsecured | | No Claim Filed |
| 9. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 10. | MRSI | Unsecured | | No Claim Filed |
| 11. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 12. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 13. | Midland Credit Management | Unsecured | | No Claim Filed |
| 14. | MRSI | Unsecured | | No Claim Filed |
| | | | $ 29,711.60 | $ 4,581.46 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 192.56 |
| 6.5% | 83.98 |
| | $ 276.54 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Randall, Lisa | Case Number:  07 B 16682 |
| | Judge:  Wedoff, Eugene R |
| Printed:  11/25/08 | Filed:  9/13/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

    Marilyn O. Marshall, Trustee, by:

